No. 18,861.

JAMES I. HUNT, *Appellee,* v. D. H. BANE et al. (JOHN H. WOOD, *Appellant*).

Appeal from Harvey district court; CHARLES E. BRANINE, judge.   Opinion filed June 6, 1914.   Reversed.

*R. W. Hoskinson,* and *Albert Hoskinson,* both of Garden City, for the appellant.

*Clarence Spooner,* of Newton, for the appellee.

*Per Curiam:* This case is controlled by the decision in *Ora v. Bane,* ante, p. 567, and for the reasons given in the opinion in that case the judgment is reversed and a new trial ordered.